DANIEL J. DOONAN, State Bar No. 060985
**LAW OFFICES OF DOONAN & DOONAN, INC.**
A Professional Corporation
1075 Bonita Avenue
La Verne, California 91750-5109
(626) 332-5090

Attorneys for Plaintiffs Daniel J. Doonan
and Beverly J. Doonan

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES, EAST DISTRICT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. DOONAN; BEVERLY J. DOONAN, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN SECURITY INSURANCE COMPANY; CHASE HOME FINANCE LLC, ITS SUCCESSORS AND/OR ASSIGNS; DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. KC060993 O <br> CASE NO. CV11-4436JFW (JENx) <br><br> VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

Pursuant to Fed.R.Civ.Pro. (41a), plaintiffs voluntarily dismiss the above captioned action without prejudice.

Dated: May 31, 2011

DANIEL J. DOONAN
LAW OFFICES OF DOONAN & DOONAN, INC.
A Professional corporation
Attorney for Plaintiffs

IT IS SO ORDERED
Dated 6/2/11

United States District Judge

///
///
///
///

VOLUNTARY DISMISSAL WITHOUT PREJUDICE